### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:  August 21, 2014 |
| Court Reporter: Janet Coppock | Time: 47 minutes |
| Probation Officer: Gary Kruck | Interpreter: Susana Cahill |

**CASE NO.  13-CR-00160-PAB-8**

Parties                                                    Counsel

**UNITED STATES OF AMERICA,**                Kasandra Carleton
                                                           Special Agent Julio Tobar


          Plaintiff,


vs.


**8.  FEDERICO LOPEZ,**                         Kenneth Mark Burton



          Defendant.


### SENTENCING

**1:34 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement, the Presentence Investigation Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00160-PAB-8
August 21, 2014

Court addresses the defendant's objections to the presentence investigation report.

Mr. Burton moves to withdraw defendant's objections.

**ORDERED:**   Defendant's Objections to the Presentence Investigation Report [Docket No. 782], is **WITHDRAWN**.

Comments by Ms. Carleton in support of the Government's Motion for Downward Departure Pursuant to 5K1.1 and Downward Variance.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 and Downward Variance [Docket No. 869], is **GRANTED**.

Argument by Mr. Burton in support of the defendant's Motion for Downward Departure.

Argument by Ms. Carleton.

Argument by Mr. Burton in support of the defendant's Motion for a Variance and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for a Downward Departure/Variance Sentence [Docket No. 880], is **GRANTED**.

Defendant entered his plea on **March 26, 2014** to count **Seventeen of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **120** months.

Page Three
13-CR-00160-PAB-8
August 21, 2014

Court RECOMMENDS that the Bureau of Prisons place the defendant at **facility in Colorado with the appropriate security classification** and recommends that he be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of Supervised Release that:
(**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(**X**)   While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
(**X**)   Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
()     Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
(**X**)   Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 870], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts One, Nineteen and Twenty-One [Docket No. 871[, is **GRANTED.**

Page Four
13-CR-00160-PAB-8
August 21, 2014

**ORDERED:**   Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**2:21 p.m.     COURT IN RECESS**

**Total in court time:   47 minutes**

**Hearing concluded**