IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.   FEDERICO LOPEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts One, Nineteen, and Twenty-One of the Indictment as to Defendant Federico Lopez [Docket No. 871]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts One, Nineteen, and Twenty-One of the Indictment as to Defendant Federico Lopez [Docket No. 871] is granted. Counts 1, 19, and 21 of the Indictment are dismissed as to defendant Federico Lopez.

    DATED August 21, 2014.

                                          BY THE COURT:

                                          PHILIP A. BRIMMER
                                          United States District Judge